rari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joseph M. Proskauer* and *Wilbur H. Friedman* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, F. E. Youngman* and *Richard H. Demuth* for respondent.

No. 556. ANGLO CALIFORNIA NATIONAL BANK ET AL. *v.* LAZARD ET AL. January 2, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. T. B. Cosgrove* and *John N. Cramer* for petitioners. *Messrs. Byron C. Hanna* and *Harold C. Morton* for respondents.

No. 565. DEAN RUBBER MANUFACTURING CO. ET AL. *v.* KILLIAN, TRUSTEE. January 2, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Arthur C. Brown* for petitioners. *Messrs. F. O. Richey* and *B. D. Watts* for respondent.

No. 554. BROWN ET UX. *v.* MAGRUDER, U. S. COLLECTOR OF INTERNAL REVENUE. January 2, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Thos. F. Cadwalader* for petitioners. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Arnold Raum, Berryman Green,* and *Richard H. Demuth* for respondent.

No. 560. PUBLICKER *v.* SHALLCROSS ET AL. January 2, 1940. Petition for writ of certiorari to the Circuit Court